IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 2:23-cv-14305

JONATHAN SMITH

       Plaintiff,

v.

SELECT HOME WARRANTY LLC,
a Wyoming limited liability company

       Defendant.
_____/

## ATTORNEY NOTICE OF APPEARANCE

Defendant, SELECT HOME WARRANTY LLC, in the above styled action, by and through undersigned counsel, hereby request that all notices given or required to be given, and all papers served or required to be served be given to and served upon the following:

       **Edward A. Maldonado, Esq**.
       Florida Bar No. 0129781
       **Law Offices of Edward A. Maldonado, PA**
       *Maldonado Law Group*
       2850 Douglas Road. Suite 303
       Coral Gables, Florida 33134
       Telephone: (305) 477-7580
       Facsimile: (305) 477-7504
       E-mail: eam@maldonado-group.com

This request encompasses all notices, copies and pleadings, including, but not limited to, notices of any Orders, Motions, Demands, Complaints, Petitions, Writs, Pleadings or requests, Applications, and any other documents brought before this Court, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, e-mail, the Court's

electronic filings system or otherwise which in effect or seeks to affect the Defendant in the above styled case.

| | |
|---|---|
| Respectfully Submitted,<br>On Behalf of Defendant<br>SELECT HOME WARRANTY, LLC | Date: Thursday, November 9, 2023 |

Law Offices of Edward A. Maldonado, P.A.
MALDONADO LAW
2850 Douglas Road. Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580 ex 214
Toll: 1-844-4 FCC LAW
E-mail: eam@maldonado-group.com
Secondary Email: lawclerk@maldonado-group.com

By: /s/ Edward A. Maldonado /s/
Edward A. Maldonado, Esq.
Florida Bar No. 0129781
Attorney for the Defendant

CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was filed through the E-Portal on November 9, 2023, with a copy sent to John Kauffman, Esq. c/o LawHQ, PC (john.kauffman@lawhq.com) Counsel of record for Plaintiff and the Class on this day.

By: /s/ Edward A. Maldonado

Edward A. Maldonado, Esq.
Florida Bar No. 129781
The Law Office of Edward A. Maldonado, PA
2850 Douglas Road, Suite 303
Coral Gables, FL 33134
Telephone: 305-477-7580
E-mail: eam@maldonado-group.com
2d E-mail / lawclerk@maldonado-group.com
***Attorney for Defendant***